IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EMMA THORNTON,

     Appellant,

v.

LOLLEY'S TREE SERVICE OF
GADSDEN COUNTY, LLC d/b/a
LOLLEY'S TREE SERVICE,
LLC, d/b/A LOLLEY'S TREE
SERVICE, A FLORIDA
CORPORATION,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1558

Opinion filed February 5, 2015.

An appeal from the Circuit Court for Gadsden County.
James O. Shelfer, Judge.

John S. Mills and Andrew D. Manko of The Mills Firm, P.A., Tallahassee, for
Appellant.

Jaken E. Roane and Albert J. Wollermann of Guilday, Schwartz, Simpson, West,
Hatch & Lowe, P.A., Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, ROBERTS, and WETHERELL, JJ., CONCUR.